The People of the State of New York, Respondent,
against
Matthew J. Beadle, Appellant.



Appeal, as limited by the notice of appeal, from a resentence of the Justice Court of the Village of Harriman, Orange County (Christine K. Wienberg, J.), rendered October 17, 2013. The resentence, upon a revocation of a sentence of probation previously imposed by the same court, upon a finding, following a hearing, that defendant had violated a condition thereof, imposed a term of six months' incarceration, upon his previous conviction of driving while intoxicated (common law).




ORDERED that the appeal is dismissed.
Defendant appeals from a resentence imposing a six-month term of incarceration, upon his prior conviction of driving while intoxicated (common law) (Vehicle and Traffic Law § 1192 [3]), based upon a determination, after a hearing, that he had violated the terms and conditions of his probation. As defendant has served his sentence, the appeal has been rendered moot (see People v Smith, 50 Misc 3d 134[A], 2016 NY Slip Op 50043[U], *1 [App Term, 2d Dept, 9th & 10th Jud Dists 2016]). 
Accordingly, the appeal is dismissed.
Iannacci, J.P., Marano and Tolbert, JJ., concur.
Decision Date: May 25, 2016